| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) TITUS, ROGER W | 2. Court or Organization U.S. DISTRICT COURT, MARYLAND | 3. Date of Report 5/12/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ● Annual ◯ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address UNITED STATES COURTHOUSE 6500 CHERRYWOOD LANE GREENBELT, MD 20770 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | VICE PRESIDENT | PROPERTY OWNERS' ASSOCIATION OF DEEP CREEK LAKE, INC. |
| 2. | | |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1988 | VENABLE, LLP 401 (K) RETIREMENT PLAN WITH FORMER LAW FIRM- NO CONTROL |
| 2. | 1988 | VENABLE, LLP PARTNERSHIP CAPITAL ACCOUNT WITH FORMER LAW FIRM-NO CONTROL; BALANCE PAID IN FULL IN 2005 |
| 3. | 1988 | VENABLE, LLP-UNFUNDED RETIREMENT BENEFIT WITH FORMER LAW FIRM-NO CONTROL; BALANCE PAID IN FULL IN 2005 |

RECEIVED 2005 MAY 13 A 11: 50 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TITUS, ROGER W | 5/12/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | VENABLE, LLP UNFUNDED RETIREMENT BENEFIT WITH FORMER LAW FIRM | $167,417.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | MONTGOMERY COUNTY HISTORICAL SOCIETY |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | INTERNATIONAL JUDICIAL ACADEMY | JUNE 19-28, 2004, BUENOS AIRES, ARGENTINA, SPEAKER AT EDUCATIONAL SEMINAR (TRANSPORTATION, FOOD AND HOTEL) |
| 2. | ASPEN INSTITUTE | OCTOBER 15-17, 2004, WYE, MARYLAND, EDUCATIONAL SEMINAR (TRANSPORTATION, FOOD AND HOTEL) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TITUS, ROGER W | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month --<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CAPITAL ACCOUNT, VENABLE, LLP | E | Interest | M | U | | | | | |
| 2. BANK OF AMERICA ACCOUNTS | B | Interest | N | T | | | | | |
| 3. CITIBANK ACCOUNTS | A | Interest | K | T | | | | | |
| 4. MERRILL LYNCH BANK USA ACCOUNT | A | Interest | K | T | | | | | |
| 5. TRUST #1-SOLE ASSET IS HIFS COMMON STOCK | E | Dividend | O | T | | | | | |
| 6. GDW COMMON STOCK | A | Dividend | K | T | | | | | |
| 7. HIFS COMMON STOCK | B | Dividend | M | T | | | | | |
| 8. SBC COMMON STOCK | B | Dividend | K | T | | | | | |
| 9. SEARS COMMON STOCK | A | Dividend | | | GIFT | 12/9 | J | | CATHOLIC CHURCH |
| 10. CMA TAX EXEMPT MUTUAL FUND | A | Dividend | L | T | | | | | |
| 11. PRWCX MUTUAL FUND | B | Dividend | L | T | | | | | |
| 12. PRSGX MUTUAL FUND | A | Dividend | L | T | | | | | |
| 13. TRVLX MUTUAL FUND | A | Dividend | L | T | | | | | |
| 14. SCUDDER TECHNOLOGY FUND A MUTUAL FUND | A | Distribution | J | T | | | | | |
| 15. HIFS COMMON STOCK IN IRA ACCOUNT | B | Dividend | L | T | | | | | |
| 16. MANU COMMON STOCK IN IRA | A | Dividend | J | T | | | | | |
| 17. BPUR COMMON STOCK IN IRA | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TITUS, ROGER W | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CGEN COMMON STOCK IN IRA | A | Dividend | J | T | | | | | |
| 19. WSHBX MUTUAL FUND IN IRA | A | Dividend | K | T | | | | | |
| 20. PRRXX MUTUAL FUND IN IRA | B | Dividend | M | T | | | | | |
| 21. PRTXX MUTUAL FUND IN IRA | B | Dividend | M | T | | | | | |
| 22. PRWCX MUTUAL FUND IN IRA | D | Dividend | N | T | | | | | |
| 23. TWCGX MUTUAL FUND IN IRA | B | Dividend | J | T | | | | | |
| 24. TWCIX MUTUAL FUND IN IRA | B | Dividend | K | T | | | | | |
| 25. TWCUX MUTUAL FUND IN IRA | B | Dividend | K | T | | | | | |
| 26. LVMTX MUTUAL FUND IN IRA | A | Dividend | L | T | | | | | |
| 27. VFINX MUTUAL FUND IN IRA | C | Dividend | K | T | | | | | |
| 28. VANTAGEPOINT ASSET ALLOCATION MUTUAL FUND IN DEFERRED COMP | D | Dividend | M | T | | | | | |
| 29. VANTAGEPOINT GROWTH MUTUAL FUND IN DEFERRED COMP PLAN | C | Dividend | M | T | | | | | |
| 30. VANTAGEPOINT GROWTH & INCOME MUTUAL FUND IN DEFERRED COMP PL | D | Dividend | L | T | | | | | |
| 31. VT FIDELITY CONTRAFUND MUTUAL FUND IN DEFERRED COMP PLAN | D | Dividend | L | T | | | | | |
| 32. OAKMARK SELECT I MUTUAL FUND IN RETIREMENT PLAN | C | Dividend | K | T | | | | | |
| 33. MERCANTILE GROWTH & INCOME I MUTUAL FUND IN RETIREMENT PLAN | E | Dividend | M | T | | | | | |
| 34. BARCLAYS GLOBAL INVESTORS LP MUTUAL FUND IN RETIREMENT PLAN | E | Dividend | M | T | | | | | |
| 35. PIMCO TOTAL RETURN MUTUAL FUND IN RETIREMENT PLAN | D | Dividend | M | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TITUS, ROGER W | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 36. T. ROWE PRICE LIMITED TERM BOND FUND IN LIFE INS. POLICY | A | Dividend | K | T | | | | | |
| 37. PUTNAM INCOME FUND IN LIFE INS. POLICY | B | Dividend | K | T | | | | | |
| 38. T. ROWE PRICE PERSONAL STRAT. BAL. FUND IN LIFE INS. POLICY | C | Dividend | K | T | | | | | |
| 39. TRVLX MUTUAL FUND IN IRA | B | Dividend | M | T | | | | | |
| 40. PUTNAM NEW VALUE MUTUAL FUND IN LIFE INSURANCE POLICY | C | Dividend | K | T | | | | | |
| 41. SERIES I UNITED STATES SAVINGS BONDS | A | Interest | L | T | | | | | |
| 42. | | | | | BUY | 8/4 | K | | |
| 43. | | | | | BUY | 12/28 | K | | |
| 44. MONTGOMERY COUNTY, MARYLAND DEFERRED COMPENSATION ACCOUNT | | | | | | | | | |
| 45. -BGI LIFEPATH 2020 FUND | A | Dividend | J | T | | | | | |
| 46. -SSGA S&P 500 INDEX FUND | A | Dividend | J | T | | | | | |
| 47. -SEI STABLE ASSET FUND | A | Dividend | J | T | | | | | |
| 48. -GOLDMAN SACHS SHORT GOVERNMENT BOND FUND | A | Dividend | J | T | | | | | |
| 49. -HARTFORD BOND FUND | A | Dividend | J | T | | | | | |
| 50. -SMITH BARNEY APPRECIATION FUND | A | Dividend | J | T | | | | | |
| 51. -HARTFORD CAPITAL APPRECIATION FUND | A | Dividend | J | T | | | | | |
| 52. MONTGOMERY MONEY MAKERS INVESTMENT CLUB | B | Dividend | J | T | | | | | |
| 53. -AFL | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TITUS, ROGER W | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54.  -BBBY | | | | | | | | | |
| 55.  -CHDX | | | | | | | | | |
| 56.  -GE | | | | | | | | | |
| 57.  -HD | | | | | | | | | |
| 58.  -IMGC | | | | | | | | | |
| 59.  -NANX | | | | | | | | | |
| 60.  -ORCL | | | | | | | | | |
| 61.  -POG | | | | | | | | | |
| 62.  -TEVA | | | | | | | | | |
| 63.  -TROW | | | | | | | | | |
| 64.  -UPS | | | | | | | | | |
| 65.  -WEBX | | | | | | | | | |
| 66.  -TEVA | | | | | BUY | 3/1 | J | | |
| 67.  -ORCL | | | | | SELL | 3/1 | J | A | |
| 68.  -TROW | | | | | SELL | 3/1 | J | A | |
| 69.  -POG | | | | | BUY | 3/22 | J | | |
| 70.  -DLTR | | | | | SELL | 3/22 | J | A | |
| 71.  -NANX | | | | | BUY | 5/24 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TITUS, ROGER W | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. -WEBX | | | | | SELL | 6/2 | J | A | |
| 73. -POG | | | | | BUY | 7/26 | J | | |
| 74. -SASR | | | | | SELL | 7/26 | J | A | |
| 75. -NANX | | | | | BUY | 11/22 | J | | |
| 76. -TEVA | | | | | BUY | 11/22 | J | | |
| 77. -IMGC | | | | | BUY | 12/28 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TITUS, ROGER W | 5/12/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1. MY NOMINATION FINANCIAL DISCLOSURE STATEMENT WAS FILED ON JUNE 23, 2003, AND I WAS EXEMPT FROM FILING A FINANCIAL DISCLOSURE STATEMENT FOR 2003 BECAUSE I DID NOT TAKE OFFICE UNTIL NOVEMBER 17, 2003, LESS THAN SIXTY DAYS PRIOR TO THE END OF THE YEAR. ACCORDINGLY, 2003 TRANSACTIONS SUBSEQUENT TO THE DATE OF MY NOMINATION FINANCIAL DISCLOSURE STATEMENT ARE NOT REFLECTED ON THIS STATEMENT.

2. I AM NOT A TRUSTEE OF TRUST #1 SHOWN ON LINE 5 OF SCHEDULE VII, AND ███████ IS THE ONLY PERSON IN ███████ WITH A BENEFICIAL INTEREST

3. ITEM 39 IN SCHEDULE VII WAS ACQUIRED IN 2003 SUBSEQUENT TO THE DATE OF MY NOMINATION FINANCIAL DISCLOSURE STATEMENT.

4. ITEM 40 IN SCHEDULE VII WAS ACQUIRED IN 2003 SUBSEQUENT TO THE DATE OF MY NOMINATION FINANCIAL DISCLOSURE STATEMENT.

5. A PORTION OF ITEM 41 IN SCHEDULE VII WAS ACQUIRED IN 2003 SUBSEQUENT TO THE DATE OF MY NOMINATION FINANCIAL DISCLOSURE STATEMENT.

6. ITEMS 44 THROUGH 54, 56, 57, 60, 63, 64 AND 65 WERE INADVERTENTLY OMITTED FROM MY NOMINATION FINANCIAL DISCLOSURE STATEMENT AND CONSIST OF ASSETS HELD BY ███████ ACCORDINGLY, MY NOMINATION FINANCIAL DISCLOSURE STATEMENT IS HEREBY AMENDED TO REFLECT THESE ASSETS.

7. ITEM 55 IN SCHEDULE VII WAS ACQUIRED IN 2003 SUBSEQUENT TO THE DATE OF MY NOMINATION FINANCIAL DISCLOSURE STATEMENT.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TITUS, ROGER W | 5/12/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _May 12, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border:1px solid">

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

</div>

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND   20770
301-344-0052

August 8, 2005

Hon. Mary M. Lisi, Chair
Judicial Conference of the United States
   Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.   20544

      Re:    Calendar Year 2004 Filing

Dear Judge Lisi:

Thank you for your letter of July 14, 2005, in which you ask for clarification of certain information contained in my report dated May 12, 2005. I am pleased to provide the information that you requested.

You first ask for information concerning Part VII, page 4, line 70, which reports the sale of stock in "DLTR" (Dollar Tree Stores, Inc.). This asset was acquired by Montgomery Moneymakers Investment Club, an investment club in which ▮▮▮▮▮ has an interest, on June 16, 1999 and sold on March 22, 2004. It was inadvertently omitted from my Nomination report, and was sold last year as noted in the previous sentence and disclosed in my 2004 report. Both at the time of its acquisition and at the time of its disposition, the value of ▮▮▮▮▮ interest through the investment club was in valuation range J.

You also requested information concerning Part VII, page 5, line 74, which reports the sale of stock in "SASR" (Sandy Springs Bank Corp., Inc.). This asset was acquired by Montgomery Moneymakers Investment Club on October 27, 2003 and sold on July 26, 2004. It was inadvertently omitted from my Nomination report, and was sold last year as noted in the previous sentence. Both at the time of its acquisition and at the time of its disposition, the value of ▮▮▮▮▮ interest through the investment club was in valuation range J.

You also requested information concerning Part VII, page 3, lines 39 and 40, of my Nomination report which identified "Fidelity Contrafund Fund in Life Ins. Policy" and "Fidelity Equity Income Fund in Life Ins. Policy," but those assets are not listed in the 2004 report. For your information, these were assets held in a group universal life policy issued through my former law firm and held by me at the time of my nomination. Shortly after my nomination, my former law firm replaced the group universal life policy, effective June 30, 2003, and after the date of my Nomination

Hon. Mary M. Lisi, Chair
Page 2
August 8, 2005

report, with another policy issued by the same company, and these two assets, in connection with the policy change, were replaced by Putnam New Value Mutual Fund, which appears on line 40 of my 2004 report. The final value of these two assets at the time of their transfer to the new policy, and replacement by Putnam New Value Mutual Fund was valuation code K.

To the extent that my Nomination report and 2004 report have not included all necessary information, please accept this letter as an amendment to those reports.

I trust that I have provided you with sufficient information to address the questions raised in your letter, but if for some reason you need additional information, please do not hesitate to let me know.



United States District Judge

RWT/cmc